# EXHIBIT A

| EEOC Form 5 (5/01) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION** <br> This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | Charge Presented to: | Agency(ies) Charge No(s): |
| | | ___ FEPA <br> _X_ EEOC | 420-2017-03114 |
| | _____ and EEOC | | |
| | State or local Agency, if any | | |

| Name (indicate Mr. Ms. Mrs.) <br> **Ms. Rhonda Kaikkonen** | Home Phone (Incl. Area Code) <br> ▮▮▮▮ | Date of Birth <br> ▮▮ 1971 |
|---|---|---|
| Street Address <br> **10801 Cedar Acres Lane** | City, State and ZIP Code <br> **Madison, AL 35756** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name **Ascent Hospitality D/B/A Huntsville Marriott at the Space & Rocket Cengter** | No. Employees, Members <br> **100+** | Phone No. (Include Area Code) <br> **256-830-2222** |
|---|---|---|
| Street Address <br> **5 Tranquility Base** | City, State and ZIP Code <br> **Huntsville, AL 35805** | |
| Name <br> **Ascent Hospitality Management Co.** | No. Employees, Members <br> **1000+** | Phone No. (Include Area Code) <br> **770-904-0765** |
| Street Address <br> **3616 S. Bogan Rd., Suite 201** | City, State and ZIP Code <br> **Buford, Georgia 30519** | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ___ RACE  ___ COLOR  _x_ SEX  ___ RELIGION  ___ NATIONAL ORIGIN <br> _x_ RETALIATION  ___ AGE  ___ DISABILITY  ___ OTHER (Specify below.) | Earliest          Latest 05/31/2017 <br> ___ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

**PLEASE SEE ATTACHED.**

RECEIVED
SEP 25 2017
U.S. EEOC
Birmingham District Office

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLANANT |
| 9-20-17                    *Rhonda Kaikkonen* <br> Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

I began working at the Marriott Hotel in Huntsville Alabama in November of 2016 in the VIP lounge waiting on customers and acting as a hostess. Immediately after I started working there, a co-worker named Howard (I do not know his last name) who was working as a dishwasher began making comments to me that were highly inappropriate. He told me I was beautiful and that I smelled good.

After I had been there approximately 2-3 months, Howard began propositioning me and telling me he wanted to get a hotel room. This happened almost every day I worked with him. I tried to avoid him but I was required to wash my own juice glasses and he would not leave me alone.

A couple weeks after sexually suggestive comments (around the end of January) started, he began to grope and touch me physically in my private parts. He grabbed my rear end and my breasts and I pushed him away and told him to stop. This happened at least 3 times per week. He tried to grab my lower body parts but I was able to avoid him. He kept trying to maneuver me into corners so he could grab me and make sexual comments. Howard told me things like "if you give me 10 minutes alone with you I will lick your p____ and make you scream," and asked if had ever been with a black man before. He repeatedly said he wanted to lick my p_____.

I went to Nana Garrick, the Human Resources Administrator in April to try to stop the sexual harassment. I told her all that he had done both the comments and the touching. The sexual comments and touching continued. About a week after I reported it, Ms. Garrick walked by and saw I was cornered by Howard. She asked if he was still harassing me. I said yes, and she said nothing and walked away.

Approximately one month after I reported the harassment, I was written up for missing work because I was sick. I was told I was being placed on 2 weeks' probation. The sexual comments and touching did not stop. Because the sexual touching and comments continued even after I reported it and I was getting unjustified write-ups, I felt I had no option but to resign, so I submitted 2-weeks' notice around the 17th or 18th of May. I sent in a request to leave work for a doctors' appointment. I was told I was terminated for job abandonment.

After I was terminated I also reported all of the harassment to John Tampa, the owner, and Carrie Ann (I don't know her last name) at the corporate HR department but I am still terminated and Howard is still employed.

I believe I was sexually harassed in violation of Title VII of the Civil Rights Act of 1964 and terminated due to my complaints of sexual harassment.