AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| RHONDA KAIKKONEN <br><br> *Plaintiff(s)* <br> v. <br> ASCENT HOSPITALITY MANAGEMENT COMPANY (d/b/a HUNTSVILLE MARRIOTT AT THE SPACE & ROCKET CENTER) and FICTITIOUS DEFENDANTS 1 - 5. <br> *Defendant(s)* | Civil Action No. 5:18-cv-01150-MHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASCENT HOSPITALITY MANAGEMENT COMPANY (c/o JOHN TAMPA, REGISTERED AGENT), 3616 S. BOGAN ROAD, SUITE 201, BUFORD, GA 30519.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TERI MASTANDO, ESQ.,
MASTANDO & ARTRIP, LLC,
301 WASHINGTON STREET SW, SUITE 302,
HUNTSVILLE, AL 35801.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/30/2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| RHONDA KAIKKONEN <br><br> *Plaintiff(s)* <br><br> v. <br><br> ASCENT HOSPITALITY MANAGEMENT COMPANY (d/b/a HUNTSVILLE MARRIOTT AT THE SPACE & ROCKET CENTER) and FICTITIOUS DEFENDANTS 1 - 5. <br><br> *Defendant(s)* | Civil Action No. 5:18-cv-01150-MHH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASCENT HOSPITALITY MANAGEMENT COMPANY (c/o JOHN TAMPA, REGISTERED AGENT), 60 WASDEN ROAD, HOPE HULL, AL 36043.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TERI MASTANDO, ESQ.,
MASTANDO & ARTRIP, LLC,
301 WASHINGTON STREET SW, SUITE 302,
HUNTSVILLE, AL 35801.

If you fail to respond, judgment by default *may* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sharon N Harris

CLERK OF COURT

Date: 07/30/2018

Stephanie Jolen

*Signature of Clerk or Deputy Clerk*