# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **RHONDA KAIKKONEN,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:18-cv-01150-MHH |
| **ASCENT HOSPITALITY MANAGEMENT COMPANY, et al.,** | } |
| **Defendants.** | } |

## ORDER

The parties have filed a Joint Stipulation of Dismissal. (Doc. 21). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own costs. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this November 5, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE